

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00082-CR

———————————————

MICHAEL DEAN SAMUELSON, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CR23-0866

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Michael Dean Samuelson filed a pro se notice of appeal from his convictions for theft of property and possession of at least four but less than 200 grams of a controlled substance with intent to deliver.[1] However, the trial court's certifications of Appellant's right of appeal—which Appellant signed—state that this is a plea-bargain case and that Appellant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d).

We reminded Appellant of the certifications and warned him that we could dismiss the appeal unless, by March 27, 2026, he or another party showed grounds for continuing it. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response.

Thus, in accordance with the trial court's certifications, we dismiss Appellant's appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Joseph v. State*, No. 02-25-00335-CR, 2025 WL 2942406, at *1 (Tex. App.—Fort Worth Oct. 16, 2025, no pet.) (mem. op., not designated for publication).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 23, 2026

---

[1]In his notice of appeal, Appellant complains about the proceedings in two civil actions to determine ownership of certain property. Those cases are separate from his criminal convictions and are still pending in the county court.